IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHOLIC CHARITIES OF THE ARCHDIOCESE OF PHILADELPHIA, et al. | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | NO. 14-3096 |
| SYLVIA BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, et al. | : : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 26th day of June, 2014, upon consideration of the Plaintiffs' Motion for a Preliminary Injunction (Docket No. 2), Defendants' Response in Opposition (Docket No. 26), Plaintiffs' Reply (28), Plaintiffs' Proposed Findings of Fact and Conclusions of Law (Docket No. 35), Defendants' Proposed Findings of Fact and Conclusions of Law (Docket No. 36), and the testimony and oral argument before this Court on June 24, 2014, it is hereby **ORDERED** that Plaintiffs' Motion for a Preliminary Injunction (Docket No. 2) is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.