## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHOLIC CHARITIES OF THE ARCHDIOCESE OF PHILADELPHIA, et al., | : | |
| | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 14-cv-3096-RB |
| | : | |
| SYLVIA M. BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, et al., | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

## JOINT STIPULATION

Plaintiffs and Defendants, by and through counsel, do hereby stipulate and agree as follows:

1.      This matter involves eighteen Plaintiffs. Per Fed. R. Civ. P. 41(a)(1)(A)(ii), the claims of the following six Plaintiffs should be voluntarily dismissed without prejudice: (1) St. Monica Manor; (2) St. John Neumann Nursing Home; (3) Immaculate Mary Home; (4) St. Francis Country House; (5) St. Mary Manor; and (6) St. Martha Nursing Home. Beyond these six Plaintiffs, all other Plaintiffs wish to continue pursuit of their claims before this Court.

2.      The parties also respectfully request that the caption of the action be amended to reflect the remaining Plaintiffs.

3.      The claims in this matter are similar to those presently before the Third Circuit Court of Appeals in the matter captioned *Zubick et al. v. Burwell et al.*, Nos. 13-3536, 14-1374, 14-1376, 14-1377. The *Zubick* matter has been argued and is under consideration by the Third Circuit. The parties in this matter jointly agree that resolution of the *Zubick* appeal is very likely to have significant effects on the issues before this Court, and therefore, Plaintiffs and

Defendants jointly agree that a stay of this matter pending the decision in *Zubick* is in the best

interests of all parties.

| | |
|---|---|
| Respectfully submitted,<br><br>  /s/ Frank R. Emmerich Jr.<br>Nicholas M. Centrella, Esq. (No. 67666)<br>Frank R. Emmerich Jr., Esq. (No. 76109)<br>CONRAD O'BRIEN PC<br>Centre Square, West Tower<br>1500 Market Street, Ste. 3900<br>Philadelphia, PA 19102-1921<br>Ph: (215) 864-9600<br>Fax: (215) 864-9620<br>Email: ncentrella@conradobrien.com<br>          femmerich@conradobrien.com<br><br>Joshua J. Voss, Esq. (No. 306853)<br>CONRAD O'BRIEN PC<br>The Payne Shoemaker Building<br>240 North Third Street, 5th Floor<br>Harrisburg, PA 17101<br>Ph: (717) 943-1211<br>Fax: (215) 864-7401<br>Email: jvoss@conradobrien.com<br><br>*Attorneys for Plaintiffs*<br><br>Dated: January 16, 2015 | STUART F. DELERY<br>Assistant Attorney General<br><br>ZANE DAVID MEMEGER<br>United States Attorney<br><br>JENNIFER RICKETTS<br>Director<br><br>SHEILA M. LIEBER<br>Deputy Director<br><br>*/s/ Adam Grogg*<br>ADAM GROGG (N.Y. Bar)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW<br>Washington, DC  20001<br>phone: (202) 514-2395<br>fax:  (202) 616-8470<br>email: adam.a.grogg@usdoj.gov<br><br>*Counsel for Defendants* |

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CATHOLIC CHARITIES OF THE ARCHDIOCESE OF PHILADELPHIA; ST. JOHN'S ORPHAN ASYLUM; ST. EDMOND'S HOME FOR CRIPPLED CHILDREN; DON GUANELLA VILLAGE OF THE ARCHDIOCESE OF PHILADELPHIA; DIVINE PROVIDENCE VILLAGE; THE PHILADELPHIA PROTECTORY FOR BOYS; CATHOLIC COMMUNITY SERVICES, INC.; NUTRITIONAL DEVELOPMENT SERVICES, INC.; CATHOLIC HEALTH CARE SERVICES – SUPPORTIVE INDEPENDENT LIVING; ST. JOHN VIANNEY CENTER; CATHOLIC CLINICAL CONSULTANTS; and the ROMAN CATHOLIC ARCHDIOCESE OF PHILADELPHIA, | : : : : : : : : : : : : : : : : | No. 14-cv-3096-RB |
| Plaintiffs, | : : : | |
| v. | : : : | |
| SYLVIA M. BURWELL, in her official capacity as Secretary of the Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; THOMAS E. PEREZ, in his official capacity as the Secretary of the United States Department of Labor; UNITED STATES DEPARTMENT OF LABOR; JACOB J. LEW, in his official capacity as Secretary of the United States Department of the Treasury; and THE UNITED STATES DEPARTMENT OF THE TREASURY, | : : : : : : : : : : : : | |
| Defendants. | : | |

## ORDER

In consideration of the Joint Stipulation submitted by Plaintiffs and Defendants, it is hereby ORDERED that the claims of St. Monica Manor, St. John Neumann Nursing Home, Immaculate Mary Home, St. Francis Country House, St. Mary Manor, and St. Martha Nursing Home are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that the above-named parties shall be TERMINATED as parties to this matter and the caption shall be amended to appear as set forth in this Order.

It is further ORDERED that this matter shall be STAYED pending the decision in *Zubick et al. v. Burwell et al.*, Nos. 13-3536, 14-1374, 14-1376, 14-1377 (3d Cir.). Within 30 days of the decision in *Zubick*, Plaintiffs shall provide the Court with a copy of the opinion and shall advise the Court of whether Plaintiffs wish to continue their claims.

Date:_____                                    _____
                                                          Ronald L. Buckwalter, U.S.D.J.

**<u>CERTIFICATE OF SERVICE</u>**

I, Frank R. Emmerich Jr., hereby certify that I caused a copy of the Joint Stipulation to be

served on the following via electronic service:

> Adam Grogg, Esq.
> Michelle R. Bennett, Esq.
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave. NW
> Washington, DC  20001
>
> *Attorneys for Defendants*

Date: January 16, 2015                                              /s/ Frank R. Emmerich Jr._____