IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHOLIC CHARITIES OF THE ARCHDIOCESE OF PHILADELPHIA, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>ALEX AZAR, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>      Defendants. | No. 2:14-cv-3096 |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

The parties in this action, Plaintiffs[1] and Defendants[2], hereby stipulate that this action should be dismissed with prejudice pursuant to agreements entered into by the Parties.

---

[1] Catholic Charities of the Archdiocese of Philadelphia, St. John's Orphan Asylum, St. Edmond's Home for Crippled Children, Don Guanella Vill. of the Archdiocese of Philadelphia, Divine Providence Village, Philadelphia Protectory for Boys, Catholic Community Services, Nutritional Development Services, Catholic Health Care Services - Supportive Indep. Living, St. John Vianney Center, Catholic Clinical Consultants, and Roman Catholic Archdiocese of Philadelphia.

[2] The United States of America, acting by and through Alex Azar, in his official capacity as Secretary of Health and Human Services; R. Alexander Acosta, in his official capacity as Secretary of Labor; Steven T. Mnuchin, in his official capacity as Secretary of the Treasury; the United States Department of Health and Human Services; the United States Department of Labor; and the United States Department of the Treasury (the "Government" or the "Departments").

| | |
|---|---|
| /s/ Michelle R. Bennett<br>MICHELLE R. BENNETT (CO No. 37050)<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue N.W.  Room 7310<br>Washington, DC  20530<br>Tel: (202) 305-9802<br>Fax: (202) 616-8470<br>Email: michelle.bennett@usdoj.gov<br><br>*Counsel for Defendants* | /s/ Frank R. Emmerich Jr.<br>Nicholas M. Centrella, Esq. (No. 67666)<br>Frank R. Emmerich Jr., Esq. (No. 76109)<br>CONRAD O'BRIEN PC<br>Centre Square, West Tower<br>1500 Market Street, Ste. 3900<br>Philadelphia, PA 19102-1921<br>Ph: (215) 864-9600<br>Fax: (215) 864-9620<br>Email: ncentrella@conradobrien.com<br>         femmerich@conradobrien.com<br>*Counsel for Plaintiffs* |

Dated: August 24, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2018, I electronically filed the foregoing *Stipulation of Dismissal* with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                                          */s/ Frank R. Emmerich Jr.*
                                          Frank R. Emmerich Jr.